# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PRONATIONAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:08-cv-2022-IPJ |
| ) | |
| AXA LIABILITIES MANAGERS, INC., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 11, 2010, recommending that defendant's motion to compel arbitration in this action be granted. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the defendant's motion to compel arbitration is **GRANTED**. A Final Judgment will be entered.

**DATED**, this 28th day of January, 2010.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE