# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| PRONATIONAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   2:08-cv-2022-IPJ<br>) |
| AXA LIABILITIES MANAGERS, INC., | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith, it is **ORDERED** that the defendant's motion to compel arbitration (doc. 4) is **GRANTED,** and this case is referred to arbitration.

Defendant's motion for summary adoption by an Article III judge of magistrate judge's findings and recommendations (doc. 32) is therefore found to be **MOOT.**

It is further **ORDERED** by the court that the defendant's motion to dismiss proceedings is **GRANTED**.  This case is closed, subject to reopening should any issues remain in the case upon conclusion of said arbitration.

**DONE** and **ORDERED** this 28th day of January, 2010.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE